WILLIAM E. BURKE, Respondent, *v.* THE CONTINENTAL INSURANCE COMPANY OF THE CITY OF NEW YORK, Respondent.

Reported below, 128 App. Div. 391.
(Argued May 31, 1909; decided June 8, 1909.)

MOTION for permission to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 14, 1908, reversing a judgment in favor of defendant entered upon a decision of the court at a Trial Term without a jury and granting a new trial in an action to recover on a policy of fire insurance.

The motion was made upon the ground that the appeal was inadvertently taken, the order of reversal stating that said reversal was " upon the law and the facts."

*Ralph S. Kent* for motion.

*Vernon Cole* opposed.

Motion granted upon payment of ten dollars costs of motion and costs up to, but excluding, argument, within twenty days; upon failure to pay such costs within the time named, the appeal is dismissed, with costs.